**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ZHOUQUN LIN,

Petitioner,

v. No. 2:26-cv-02146-MLG-GBW

MARY DE ANDA-YBARRA, in her official Capacity as Director of U.S. Immigration and Customs Enforcement and Removal Operations, El Paso Field Office; et al.,

Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER**

This matter is before the Court on Petitioner Zhouqun Lin's Verified Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"). Doc. 1. The Court, having considered the Petition, and having held a hearing on August 26, 2026, and being otherwise fully informed, finds that it is well taken and should be granted.

For the reasons stated on the record during the August 26, 2026 hearing, and incorporating the holdings and reasoning provided in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026) and *Cortez-Gonzalez v. Noem*, 811 F. Supp. 3d 1287 (D.N.M. 2025), the Court grants the Petition.

Lin shall be released no later than forty-eight hours from the entry of this Order. He shall be released with all of his property, including any identification documentation that was in his possession, when he was detained by Respondents in June 2025 along with a copy of this Order.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA